1044

ALASKA USA FEDERAL CREDIT UNION, *Respondent*, v. DWIGHT M. HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-18555-7, Mariane C. Spearman, J., entered October 12, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Dwyer, JJ.

GREGORY R. HART, *Respondent*, v. THE CITY OF LAKEWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-09538-5, John R. Hickman, J., entered March 16, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DUANE MICHAEL RADER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-01290-9, Lisa L. Sutton, J., entered March 27, 2012. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Schindler and Maxa, JJ.

TWINSTAR CREDIT UNION, *Respondent*, v. TANANA L. CANZONI ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-00508-4, James J. Dixon, J., entered May 25, 2012. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Bjorgen and Maxa, JJ.